FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000816
01-MAY-2014
08:11 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---oOo---

SAMENA ALIYA HOLLAWAY, nka SAMENA ALIYA NORDKVIST,
Plaintiff-Appellee,
v.
JOSHUA DAVID HOLLAWAY, Defendant-Appellant

NO. CAAP-12-0000816

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 04-1-3511)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on April 30, 2014, is corrected as follows:

In the case caption, Plaintiff-Appellee's last name is corrected by replacing the fifth letter "O" with the letter "A" so that it reads:

SAMENA ALIYA HOLLAWAY, nka SAMENA ALIYA NORDKVIST

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 1, 2014.

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Reifurth, JJ.